IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

KEITH C. COLEMAN
KAY F. COLEMAN

* CASE NO. 08-36809-S
*
* JUDGE RICHARD L. SPEER
*
* William L. Swope, Trustee
* 221 South Main Street
* Findlay, Ohio 45840
* (419) 422-0288
* Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Debt Recovery Solutions, LLC<br>PO Box 1307<br>Mansfield, OH 44901 | $ 2.61 |
| Steventon S. Wagner, DPM<br>University Foot Center, Inc.<br>1208 W. Fifth Ave.<br>Columbus, OH 43212 | $ 2.13 |
| | $ 4.74 |

A check for $4.74 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: December 23, 2010

William L. Swope
Trustee